## BULLOCK v. INSURANCE CO. AND BULLOCK v. WHITE

No. 27 PC.

Case below: 39 N.C. App. 386.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 April 1979.

## BURGESS v. BREWING CO.

No. 43 PC.

Case below: 39 N.C. App. 481.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 April 1979.

## F.D.I.C. v. LOFT APARTMENTS

No. 47 PC.

Case below: 39 N.C. App. 473.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 April 1979.

## GUILFORD COUNTY v. BOYAN

No. 36 PC.

Case below: 39 N.C. App. 501.

Peteitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 4 April 1979.

## IN RE HACKETT

No. 3 PC.

Case below: 39 N.C. App. 501.

Petition for discretionary review under G.S. 7A-31 denied 4 April 1979.